UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK L. O'CONNOR,

    Plaintiff,

                                      Case No. 05-70726

v.

                                      HONORABLE DENISE PAGE HOOD

UNITED STATES OF AMERICA,

    Defendant.
_____/

## JUDGMENT

    In accordance with the Order entered this date, and the Court having entered an Order dismissing this matter;

    Accordingly, judgment is entered in favor of Defendant and against Plaintiff.

                                                           DAVID J. WEAVER
                                                            CLERK OF THE COURT

Approved:                                                By: s/ Wm. F. LEWIS
                                                               Deputy Clerk


   /s/ Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED:   July 29, 2005

Detroit, Michigan